IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ARTHUR LEE GIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23CV609 |
| | ) | |
| SCOTLAND CORRECTIONAL | ) | |
| INSTITUTION, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a document titled as a "'Court Cause to Action: Initial Motion" which, given the nature of the filing, the Court treated as a civil rights Complaint pursuant to 42 U.S.C. § 1983. Shortly thereafter, Plaintiff submitted a "Motion to Act" which the Court treated as a Supplement to the Complaint. The form of the Complaint and Supplement are such that serious flaws make it impossible to further process them. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed and signed by Plaintiff, to permit review.

2. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(d).

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983

forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)). The Court also notes that Plaintiff seeks to file a criminal complaint against some of his fellow prisoners and that he seeks the proper forms for filing such a complaint. There are no such forms. Only the United States Attorney's Office can bring a criminal action in this Court. Plaintiff, as a private party, cannot file criminal charges in this Court. He can inquire in the state courts about filing any charges in those courts.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 1st day of August, 2023.

                                              /s/ L. Patrick Auld
                                                   **L. Patrick Auld**
                                       **United States Magistrate Judge**